```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
DR. RUTH C. MAY AND DR. DONNA E.                        :
LEDGERWOOD, *on behalf of themselves and all other*     :
*similarly situated*,                                   :
:                    23-cv-2583 (LJL)
            Plaintiffs,                                 :
:                    ORDER
      -v-                                               :
:
BARCLAYS PLC AND BARCLAYS BANK PLC,                     :
:
            Defendants.                                 :
:
-----------------------------------------------------------------------X
KENNY BAKER, *on behalf of themselves and all other*    :
*similarly situated*,                                   :
:
            Plaintiff,                                  :
:
      -v-                                               :    23-cv-4881 (LJL)
:
BARCLAYS PLC, BARCLAYS BANK PLC, JAMES E                :    ORDER
STALEY, C.S. VENKATAKRISHNAN, TUSHAR                    :
MORZARIA, STEVEN EWART, TIM THROSBY,                    :
ANNA CROSS, NIGEL HIGGINS, ALEX THURSBY,                :
HELEN KEELAN, HÉLÈNE VLETTER-VAN DORT,                  :
JEREMY SCOTT, and MARIA RICHTER,                        :
:
            Defendants.                                 :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Pending before the Court are motions to consolidate and to appoint lead plaintiff(s) and counsel for lead plaintiff(s) in the above captioned cases.  The Court will hear oral argument on the pending motions on Monday, July 24, 2023 at 11:30 a.m.  The oral argument will be held in person in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: July 10, 2023
       New York, New York                            _____
                                                               LEWIS J. LIMAN
                                                            United States District Judge