UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
DR. RUTH C. MAY and DR. DONNA E. LEDGERWOOD, *on behalf of themselves and all other similarly situated*,

                Plaintiffs,

    v.

BARCLAYS PLC and BARCLAYS BANK PLC,

                Defendants.

Case No: 23-cv-2583 (LJL)

KENNY BAKER, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

    v.

BARCLAYS PLC, BARCLAYS BANK PLC, JAMES E. STALEY, C.S. VENKATAKRISHNAN, TUSHAR MORZARIA, STEVEN EWART, TIM THROSBY, ANNA CROSS, NIGEL HIGGINS, ALEX THURSBY, HELEN KEELAN, HÉLÈNE VLETTER-VAN DORT, JEREMY SCOTT, and MARIA RICHTER,

                Defendants.

Case No: 23-cv-4881 (LJL)

---------------------------------------------------------x

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE**

Lead Plaintiffs Dr. Ruth C. May, Dr. Donna E. Ledgerwood, Justin Reed, Jeffrey Knapp, and Mark Howarth (collectively, "Lead Plaintiffs"), by and through their counsel, and Defendants Barclays PLC and Barclays Bank PLC (collectively, "Barclays"), by and through their counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on March 27, 2023, Dr. Ruth C. May and Dr. Donna E. Ledgerwood filed a Class Action Complaint against Barclays (ECF No. 1[1]);

WHEREAS, on June 12, 2023, Kenny Baker filed a Class Action Complaint against Barclays and certain individual defendants ("*Baker* Action") (*see* ECF No. 60 at 7);

WHEREAS, on September 13, 2023, the Court appointed Dr. Ruth C. May, Dr. Donna E. Ledgerwood, Justin Reed, Jeffrey Knapp, and Mark Howarth as Lead Plaintiffs and Mazin A. Sbaiti and Jonathan Bridges of Sbaiti & Company PLLC as Lead Counsel (ECF No. 60);

WHEREAS, by the same September 13, 2023 order (ECF No. 60), the Court consolidated this case with the *Baker* Action; and

WHEREAS, Lead Plaintiffs will file a Consolidated Amended Complaint, and Barclays anticipates moving to dismiss Lead Plaintiffs' Consolidated Amended Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1. Lead Plaintiffs will file a Consolidated Amended Complaint no later than November 17, 2023;

2. Barclays will file a brief in support of its Motion to Dismiss the Consolidated Amended Complaint no later than January 17, 2024;

3. Lead Plaintiffs will file an opposition to Barclays' Motion to Dismiss the Consolidated Amended Complaint no later than February 22, 2024;

4. Barclays will file a reply in further support of its Motion to Dismiss the Consolidated Amended Complaint no later than March 25, 2024; and

---

[1] All ECF references refer to the *May* docket.

5. By entering into this Stipulation, Barclays does not waive, and hereby expressly preserves, all potential defenses in this litigation, including but not limited to defenses relating to service, venue, or jurisdiction.

6. Going forward, the parties are directed to make all filings in the lower captioned case (23-cv-2583) only.

Dated: New York, NY
September 27, 2023

/s/ *Mazin A. Sbaiti*
SBAITI & COMPANY PLLC
Mazin A. Sbaiti (NY Bar No. 4339057)
Jonathan Bridges (Admitted *Pro Hac Vice*)
Kevin N. Colquitt (Admitted *Pro Hac Vice*)
Griffin S. Rubin (Admitted *Pro Hac Vice*)
2200 Ross Avenue – Suite 4900W
Dallas, TX  75201
Telephone: (214) 432-2899
mas@sbaitilaw.com
jeb@sbaitilaw.com

*Counsel for Lead Plaintiffs*

/s/ *Jeffrey T. Scott*
SULLIVAN & CROMWELL LLP
Jeffrey T. Scott (NY Bar No. 2890374)
Matthew J. Porpora (NY Bar No. 4402798)
Julia A. Malkina (NY Bar No. 5054572)
125 Broad Street
New York, NY  10004
Telephone: (212) 558-4000
Facsimile: (212) 588-3588
scottj@sullcrom.com
porporam@sullcrom.com
malkinaj@sullcrom.com

*Counsel for Barclays PLC and Barclays Bank PLC*

**SO ORDERED**

New York, NY

Date: September 28, 2023

The Honorable Lewis J. Liman
United States District Judge

## REPRESENTATION OF CONSENT OF OTHER PARTIES

As required under Rule 8.5(b) of the Southern District of New York's Electronic Case Filing Rules & Instructions, I represent that all parties consented to the filing of this stipulation.

Date: September 27, 2023

/s/ *Jeffrey T. Scott*
SULLIVAN & CROMWELL LLP
Jeffrey T. Scott
125 Broad Street
New York, NY  10004
Telephone: (212) 558-4000
Facsimile: (212) 588-3588
scottj@sullcrom.com

*Counsel for Barclays PLC and Barclays Bank PLC*