```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MARK HOWARTH et al.,                                                 :
                                                                     :
                              Plaintiffs,                            :
                                                                     :         23-cv-2583 (LJL)
            -v-                                                      :
                                                                     :         ORDER
BARCLAYS PLC et al.,                                                 :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    Plaintiffs filed their Second Amended complaint on March 13, 2024.  Accordingly, as stated at Dkt. No. 77, Defendants' motion to dismiss Plaintiffs' amended complaint is denied as moot.

    The Clerk of Court is respectfully directed to close Dkt. No. 73.

SO ORDERED.

Dated: March 26, 2024
       New York, New York

                                               LEWIS J. LIMAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024