UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. RUTH C. MAY AND DR. DONNA E. LEDGERWOOD, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br> v. <br><br> BARCLAYS PLC AND BARCLAYS BANK PLC, et al., <br><br> Defendants. | Case No: 23-cv-2583 (LJL) <br><br> Case No: 1:24-cv-1872 (LJL) <br><br> **JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER** |
| MICHAEL PUCHTLER, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br> v. <br><br> BARCLAYS PLC, BARCLAYS BANK PLC, JAMES E. STALEY, TUSHAR MORZARIA, and C.S. VENKATAKRISHNAN, <br><br> Defendants. | Case No: 24-cv-1872 (LJL) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR ORAL ARGUMENT** |

**JOINT STIPULATION AND [PROPOSED] ORDER
SETTING SCHEDULE FOR ORAL ARGUMENT**

Plaintiffs Dr. Ruth C. May, Dr. Donna E. Ledgerwood, Justin Reed, Jeffrey Cole Knapp and Mark Howarth (the "May Plaintiffs") by and through their counsel, Plaintiff Michael Puchtler, by and through his counsel, and Defendants Barclays PLC, Barclays Bank PLC, James E. Staley, Tushar Morzaria, Steven Ewart, C.S. Venkatakrishnan, Tim Throsby, Anna Cross, Nigel Higgins, Alex Thursby, Helen Keelan, Hélène Vletter-van Dort, Jeremy Scott, and Maria Richter, by and through their counsel, hereby stipulate and agree to the following matters:

WHEREAS, on March 27, 2023, Dr. Ruth C. May and Dr. Donna E. Ledgerwood filed a Class Action Complaint against Barclays PLC and Barclays Bank PLC to commence an action, *May* v. *Barclays PLC*, No. 23-02583 (S.D.N.Y.) (May, ECF No. 1);

WHEREAS, on November 17, 2023, the May Plaintiffs filed an Amended Class Action Complaint (ECF Nos. 68–69) (the "May Amended Complaint"), which added 12 defendants to the Action: James E. Staley, Tushar Morzaria, Steven Ewart, C.S. Venkatakrishnan, Tim Throsby, Anna Cross, Nigel Higgins, Alex Thursby, Helen Keelan, Hélène Vletter-van Dort, Jeremy Scott, and Maria Richter;

WHEREAS, on April 8, 2024, Defendants moved to dismiss the May Amended Complaint (the "May Motion to Dismiss") (May, ECF Nos. 84–86);

WHEREAS, on June 12, 2024, the Court granted the May Plaintiffs' motion for oral argument on the May Motion to Dismiss (May, ECF No. 90);

WHEREAS, on March 12, 2024, Michael Puchtler filed a Class Action Complaint against Barclays PLC, Barclays Bank PLC, James E. Staley, Tushar Morzaria, and C.S. Venkatakrishnan to commence an action, *Putchtler* v. *Barclays PLC*, No. 24-01872 (S.D.N.Y.) (Puchtler, ECF No. 1);

WHEREAS, on July 26, 2024, Michael Puchtler filed an Amended Class Action Complaint (Puchtler, ECF Nos. 44–45) (the "Puchtler Amended Complaint");

WHEREAS, on August 26, 2024, Defendants in *Puchtler* moved to dismiss the Puchtler Amended Complaint (the "Putchtler Motion to Dismiss") (Puchtler, ECF Nos. 46–48);

WHEREAS, on January 30, 2025, the Court entered a scheduling order setting the May and Puchtler Motions to Dismiss for oral argument on Friday, March 14, 2025, from 2 p.m. to 5

p.m., in Courtroom 15C, 500 Pearl Street, New York, NY 10007, and instructing the parties to propose a schedule to the Court by no later than February 14, 2025.

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate, and respectfully request that the Court order as follows:

1. The Puchtler Motion to Dismiss will be argued first and time will be allocated between the parties as follows:

   a. Defendants' argument (30 minutes)

   b. Plaintiffs' argument (40 minutes)

   c. Defendants' rebuttal (10 minutes)

2. The May Motion to Dismiss will be argued second and time will be allocated between the parties as follows:

   a. Defendants' argument (30 minutes)

   b. Plaintiff's argument (40 minutes)

   c. Defendants' rebuttal (10 minutes)

Dated: New York, NY
February 14, 2025

| | |
|---|---|
| /s/ *Mazin A. Sbaiti* | /s/ *Jeffrey T. Scott* |
| Mazin A. Sbaiti | Jeffrey T. Scott |
| Jonathan Bridges (Admitted *Pro Hac Vice*) | Matthew J. Porpora |
| Kevin N. Colquitt (Admitted *Pro Hac Vice*) | Julia A. Malkina |
| Griffin S. Rubin (Admitted *Pro Hac Vice*) | SULLIVAN & CROMWELL LLP |
| SBAITI & COMPANY PLLC | 125 Broad Street |
| 2200 Ross Avenue – Suite 4900W | New York, NY  10004 |
| Dallas, TX  75201 | Telephone: (212) 558-4000 |
| Telephone: (214) 432-2899 | Facsimile: (212) 588-3588 |
| Facsimile:  (214) 853-4367 | scottj@sullcrom.com |
| mas@sbaitilaw.com | porporam@sullcrom.com |
| jeb@sbaitilaw.com | malkinaj@sullcrom.com |
| knc@sbaitilaw.com | |
| gsr@sbaitilaw.com | *Counsel for Barclays PLC, Barclays Bank PLC, James E. Staley, Tushar Morzaria, Steven Ewart, C.S. Venkatakrishnan, Tim Throsby, Anna Cross, Nigel Higgins, Alex Thursby, Helen Keelan, Hélène Vletter-van Dort, Jeremy Scott, and Maria Richter* |
| *Counsel for Dr. Ruth C. May, Dr. Donna E. Ledgerwood, Justin Reed, Jeffrey Cole Knapp and Mark Howarth* | |

/s/ *Donald R. Hall*
Frederic S. Fox
Robert N. Kaplan
Donald R. Hall
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, NY  10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
ffox@kaplanfox.com
rkaplan@kaplanfox.com
dhall@kaplanfox.com


Joseph M. Vanek (Admitted *Pro Hac Vice*)
Timothy Sperling (Admitted *Pro Hac Vice*)
Jeff Bergman (Admitted *Pro Hac Vice*)
Jerry Santangelo (Admitted *Pro Hac Vice*)
SPERLING & SLATER, LLC
55 West Monroe Street, Suite 3200
Chicago, IL  60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
jvanek@sperling-law.com
tsperling@sperling-law.com
jbergman@sperling-law.com
jsantangelo@sperling-law.com

*Counsel for Michael Puchtler*


**SO ORDERED**

New York, NY

Date: February 14, 2025

_____
The Honorable Lewis J. Liman
United States District Judge