UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. RUTH C. MAY, DR. DONNA E. LEDGERWOOD, JUSTIN REED, MARK HOWARTH and JEFFREY KNAPP, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, JAMES E. STALEY, TUSHAR MORZARIA, STEVEN EWART, C.S. VENKATAKRISHNAN, TIM THROSBY, ANNA CROSS, NIGEL HIGGINS, ALEX THURSBY, HELEN KEELAN, HÉLÈNE VAN DORT, JEREMY SCOTT, MARIA RICHTER, and DOES 1-12,<br><br>　　　　　　　　　Defendants. | Case No: 23-cv-2583 (LJL) |

## **LEAD PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION**

Please take notice that upon (1) Lead Plaintiffs' Memorandum of Law in Support of Their Motion for Reconsideration, including the attached exhibit, and (2) all prior pleadings and proceedings had herein, Lead Plaintiffs Dr. Ruth C. May, Dr. Donna E. Ledgerwood, Justin Reed, Mark Howarth, and Jeffrey Knapp, will move this Court, before the Honorable Lewis J. Liman, United States District Judge, in Courtroom 15C, 500 Pearl Street, New York, New York, on a date and time designated by this Court, for an Order under Rules 59(e) and 60(b) that amends its March 21, 2025 Opinion and Order (Doc. 96) to deny Defendants' motion to dismiss Plaintiffs' Section 11 and Section 12(a)(1) claims from their Second Amended Complaint or, in the alternative, grant Plaintiffs leave to file an amended complaint to add allegations in support of their Section 11 and Section 12(a)(1) claims, and to grant Plaintiffs any other relief the Court deems appropriate,

2

Dated: April 18, 2025                                  Respectfully submitted,

                                                                         **SBAITI & COMPANY PLLC**

                                                                         */s/  Jonathan Bridges*
                                                                         **Mazin A. Sbaiti**
New York Bar No. 4339057
**Jonathan Bridges** (Admitted *Pro Hac Vice*)
Texas Bar No. 24028835
**Kevin N. Colquitt** (Admitted *Pro Hac Vice*)
Texas Bar No. 24072047
**Griffin S. Rubin** (Admitted *Pro Hac Vice*)
Texas Bar No. 24121809
2200 Ross Avenue – Suite 4900W
Dallas, TX  75201
T:  (214) 432-2899
F:  (214) 853-4367
E:  mas@sbaitilaw.com
    jeb@sbaitilaw.com
    knc@sbaitilaw.com
    gsr@sbaitilaw.com

*Counsel for Lead Plaintiffs*