UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. RUTH C. MAY, DR. DONNA E. LEDGERWOOD, JUSTIN REED, MARK HOWARTH and JEFFREY KNAPP, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, JAMES E. STALEY, TUSHAR MORZARIA, STEVEN EWART, C.S. VENKATAKRISHNAN, TIM THROSBY, ANNA CROSS, NIGEL HIGGINS, ALEX THURSBY, HELEN KEELAN, HÉLÈNE VAN DORT, JEREMY SCOTT, MARIA RICHTER, and DOES 1-12,<br><br>Defendants. | Case No: 23-cv-2583 (LJL) |

**<u>ORDER</u>**

Having considered Lead Plaintiffs' Motion for Reconsideration of this Court's March 21, 2025 Opinion and Order (Doc. 96), the Court is of the opinion that the requested relief should be GRANTED.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss the Consolidated Second Amended Complaint is denied as to Section 11 and Section 12(a).

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE