UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. RUTH C. MAY, DR. DONNA E. LEDGERWOOD, JUSTIN REED, MARK HOWARTH and JEFFREY KNAPP, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, JAMES E. STALEY, TUSHAR MORZARIA, STEVEN EWART, C.S. VENKATAKRISHNAN, TIM THROSBY, ANNA CROSS, NIGEL HIGGINS, ALEX THURSBY, HELEN KEELAN, HELENE VAN DORT, JEREMY SCOTT, MARIA RICHTER, and DOES 1-12,<br><br>Defendants. | Case No: 23-cv-2583 (LJL) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Dr. Ruth C. May, Dr. Donna E. Ledgerwood, Justin Reed, Mark Howarth and Jeffrey Knapp in the above-named case appeal to the United States Comi of Appeals for the Second Circuit from the following:

- Opinion & Order granting Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint [Dkt. 96]

- Judgment entered on March 21, 2025, dismissing Plaintiffs' Second Amended Complaint with prejudice [Dkt. 99]

- Opinion and Order denying Plaintiffs' Motion for Reconsideration [Dkt. 104]

1

Dated: July 1, 2025

Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/ Mazin A. Sbaiti*
**Mazin A. Sbaiti**
New York Bar No. 4339057
**Jonathan Bridges** (Admitted *Pro Hae Vice*)
Texas Bar No. 24028835
**Kevin N. Colquitt** (Admitted *Pro Hae Vice*)
Texas Bar No. 24072047
**Griffin S. Rubin** (Admitted *Pro Hae Vice*)
Texas Bar No. 24121809
2200 Ross Avenue - Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
    jeb@sbaitilaw.com
    knc@sbaitilaw.com
    gsr@sbaitilaw.com

*Counsel for Lead Plaintiffs*

2