1:23-cv-02583-LJL

**MANDATE**

### UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of March, two thousand twenty-six.

Before:      John M. Walker, Jr.,
               Richard J. Sullivan,
               Joseph F. Bianco,
                  *Circuit Judges.*

_____

Jeffrey Knapp, Mark Howarth, Justin Reed, Dr. Ruth C. May, and Dr. Donna E. Ledgerwood, on behalf of themselves and all others similarly situated,

               Plaintiffs - Appellants,

     v.

Barclays PLC, Barclays Bank PLC, Anna Cross, Steven Ewart, Nigel Higgins, Helen Keelan, Tushar Morzaria, Maria Richter, Jeremy Scott, James E. Staley, Tim Throsby, Alex Thursby, C.S. Venkatakrishnan, Helene Van Dort,

               Defendants - Appellees,

Does 1-12,

               Defendants.

_____

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___4/14/2026___ |

**JUDGMENT**

Docket No. 25-1631

The appeal in the above captioned case from orders and a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court dismissing the Investors' claims is AFFIRMED.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



**MANDATE ISSUED ON 04/14/2026**